UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILAGROS SENIOR, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

     Plaintiffs,

   v.

DANE FINE ART, LLC,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-7784

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

   Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, DANE FINE ART, LLC, with prejudice and without fees and costs.

Dated: New York, New York
   November 15, 2022

                  **GOTTLIEB & ASSOCIATES**

                  <u>*/s/Michael A. LaBollita, Esq.*</u>

                Michael A. LaBollita, Esq., (ML-9985)
                   150 East 18th Street, Suite PHR
                      New York, NY 10003
                     Phone: (212) 228-9795
                       Fax: (212) 982-6284
                     Michael@Gottlieb.legal

                      *Attorneys for Plaintiffs*

SO ORDERED:

  *Paul A. Engelmayer*
United States District Court Judge
Date: November 16, 2022